No. 04–8853.  CURTIS *v.* TURPIN, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 04–8857.  TOWNE *v.* FARWELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–8858.  YOUNG *v.* SULLIVAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–8859.  WANSING *v.* SMELSER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–8860.  CASTILLO *v.* SPAIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–8866.  BEENE *v.* TERHUNE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–8874.  KWANG-WEI HAN *v.* RYAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–8875.  HILL *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 04–8880.  GATES *v.* WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–8882.  GROOMS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–8883.  HUNSINGER *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 04–8884.  GARDNER *v.* WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–8885.  TAYLOR *v.* TEXAS.  Ct. App. Tex., 8th Dist.  Certiorari denied.

No. 04–8886.  WASHINGTON *v.* AMERICAN DRUG STORES, INC.  C. A. 7th Cir.  Certiorari denied.